UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
RAFAEL CORDERO, Individually, and On
Behalf of All Others Similarly Situated,

                       Plaintiff,

vs.

LAKE CHAMPLAIN CHOCOLATES,

                       Defendants.
---------------------------------------------------------------x

Civil Action No.: 1:23-cv-01283

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Rafael Cordero, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Lake Champlain Chocolates.

DATED: June 29, 2023

**MIZRAHI KROUB LLP**

         /s/ Edward Y. Kroub
EDWARD Y. KROUB

EDWARD Y. KROUB
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com

*Attorneys for Plaintiff*

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may file a notice of dismissal to dismiss an action without a court order prior to the opposing party serving an answer or a motion for summary judgment. *Accord* Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of dismissal with prejudice). Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: June 30, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge